UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHIRLEY E. DURANTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  1:13-cv-00009-JAW |
| | ) |
| TODD SANDLER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed January 9, 2013, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 6th day of February, 2013